**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 16-6798**

---

UNITED STATES OF AMERICA,

       Plaintiff - Appellee,

   v.

WILSON HILL,

       Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Arenda L. Wright Allen, District Judge. (4:14-cr-00003-AWA-LRL-1; 4:15-cv-00015-AWA)

---

Submitted: September 13, 2016    Decided: September 15, 2016

---

Before TRAXLER, AGEE, and THACKER, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Wilson Hill, Appellant Pro Se. Eric Matthew Hurt, Assistant United States Attorney, Newport News, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wilson Hill seeks to appeal the district court's order granting in part and denying in part his motion filed pursuant to 28 U.S.C. § 2255 (2012). United States v. Hill, No. 4:14-cr-00003-AWA-LRL-1 (E.D. Va. filed May 19, 2016 & entered May 23, 2016). This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Hill seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED